# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>Wafa Hirzalla Murad<br><br>                              Defendant. | Case No. 21-cr-02230-JLS<br><br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1 - 8:1324(a)(2)(B)(ii);18:2 - Bringing in Aliens for Financial Gain; Aiding and Abetting

☒ Ct 2 - 8:1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation

Dated: 10/26/2021

Hon. Michael S. Berg
United States Magistrate Judge